UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 Federal Street
Camden, New Jersey 08105
(856) 338-0411
TW 06502006

Order Filed on March 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRANDON HARVEY

Case No.: 18-13708

Chapter: 13

Judge: ABA

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 16, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____Brandon Harvey, Debtor_____ for the reduction of time for a hearing on __Motion to Reinstate Case and Extend Automatic Stay_____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___Tuesday, March 27, 2018___ at __10 am__ in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ 08101_____, Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __Trustee, secured creditor and their counsel_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,    ☒ overnight mail,    ☐ regular mail,    ☐ email,    ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __all remaining creditors_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,    ☐ overnight mail,    ☒ regular mail,    ☒ email,    ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to __Trustee, secured creditor and their counsel_____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐  must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒  may be presented orally at the hearing.

8.    ☒  Court appearances are required to prosecute the motion/application and any objections.

☐  Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*