Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−13708−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brandon Harvey
   1025 Fries Mill Rd
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−8920

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/9/18
Time:             09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 2, 2018
JAN: kaj

                                                    Jeanne Naughton
                                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-13708-ABA
Brandon Harvey                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Apr 02, 2018
                              Form ID: 132             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
db             Brandon Harvey,    1025 Fries Mill Rd,    Franklinville, NJ  08322
517419654     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,    201 Little Falls Drive,
                Wilmington, DE  19808)
517419655      +ARS Account Resolution,    1801 NW 66th Avenue, Suite 200C,    Plantation, FL 33313-4571
517354063      +Bank of America,    PO Box 25118,    Tampa, FL 33622-5118
517430483       Bank of America Home Loans,    7101 Corporate Dr,    Plano, TX 75024-4100
517419658      +Capital One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
517419661      +Financial Recoveries,    200 E Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
517419652      +IRS,    P.O. Box 931000,    Louisville, KY 40293-1000
517419651      +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517419653     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  State of NJ Division of Taxation,    P.O. Box 245,
                Trenton, NJ  08695)
517419650      +Wells Fargo Dealer Services,    Attn: Correspondence - MAC T9017-026,    P.O. Box 168048,
                Irving, TX 75016-8048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2018 00:36:14      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2018 00:36:11      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517368746       E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 03 2018 00:36:20
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
517419656      +E-mail/Text: g20956@att.com Apr 03 2018 00:36:44      AT&T Mobility,    P.O. Box 537104,
                Atlanta, GA 30353-7104
517419657      +E-mail/Text: bankruptcy@cavps.com Apr 03 2018 00:36:30      Calvary Portfolio Svcs,
                500 Summit Lake Drive, Apt D,    Valhalla, NY 10595-1340
517363775      +E-mail/Text: bankruptcy@cavps.com Apr 03 2018 00:36:31      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517419660      +E-mail/Text: bankruptcynotices@dcicollect.com Apr 03 2018 00:36:44      Diversified Consultants,
                P.O. Box 551268,    Jacksonville, FL 32255-1268
517419662       E-mail/Text: bankruptcy@td.com Apr 03 2018 00:36:15      TD Bank, NA,    P.O. Box 219,
                Lewiston, ME  04243
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517419659   ##+Debt Recovery Solutions,    900 Merchant Conc, Suite 106,    Westbury, NJ 11590-5114
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Apr 02, 2018
                              Form ID: 132             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
          Tamika N. Wyche    on behalf of Debtor Brandon  Harvey daviddanielslaw@gmail.com,
          G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Debtor Brandon  Harvey dpdlawyer@comcast.net,
          G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          TOTAL: 5