```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
(856) 338-0411
TW 06502006
```

**Order Filed on June 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

```
In Re:                              Case No.: 18-13708

BRANDON HARVEY                      Adv. No.:

                                    Hearing Date: 6/26/18

                                    Judge: ANDREW B. ALTENBURG
```

ORDER AUTHORIZING DEBTORS TO MAKE APPLICATION FOR THE UNITED STATES
BANKRUPTCY COURT LOSS MITIGATION PROGRAM (LMP) OUT OF TIME

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: BRANDON HARVEY

Case No: 18-13708 ABA

Caption of Order: ORDER AUTHORIZING DEBTORS TO MAKE APPLICATION FOR THE UNITED STATES BANKRUPTCY COURT LOSS MITIGATION PROGRAM (LMP) OUT OF TIME

_____

THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, on Motion for an Order Authorizing Loss Mitigation Out of Time; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after reviewing the certifications and exhibits and hearing arguments of counsel, if any; and for good cause having been shown;

IT IS ORDERED that the Debtor's Motion for participation in the Loss Mitigation Program is hereby Granted; and

IT IS FURTHER ORDERED, that the Debtor shall file and serve their Request for Loss Mitigation within ten (10) days from entry of this Order; and

IT IS FURTHER ORDERED, the Clerk's Office may proceed with that Request for Loss Mitigation.