UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**TAMIKA N. WYCHE, ESQUIRE**
**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
TW 06502006

**Order Filed on June 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BRANDON HARVEY

Case No.: 18-13708

Adv. No.:

Hearing Date: 6/26/18

Judge: ANDREW B. ALTENBURG

ORDER AUTHORIZING DEBTORS TO MAKE APPLICATION FOR THE UNITED STATES
BANKRUPTCY COURT LOSS MITIGATION PROGRAM (LMP) OUT OF TIME

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: BRANDON HARVEY

Case No: 18-13708 ABA

Caption of Order: ORDER AUTHORIZING DEBTORS TO MAKE APPLICATION FOR THE UNITED STATES BANKRUPTCY COURT LOSS MITIGATION PROGRAM (LMP) OUT OF TIME

_____

THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire, Attorney for Debtor, on Motion for an Order Authorizing Loss Mitigation Out of Time; and Tamika N. Wyche, Esquire, appearing for the Debtor; and the Court after reviewing the certifications and exhibits and hearing arguments of counsel, if any; and for good cause having been shown;

IT IS ORDERED that the Debtor's Motion for participation in the Loss Mitigation Program is hereby Granted; and

IT IS FURTHER ORDERED, that the Debtor shall file and serve their Request for Loss Mitigation within ten (10) days from entry of this Order; and

IT IS FURTHER ORDERED, the Clerk's Office may proceed with that Request for Loss Mitigation.

United States Bankruptcy Court
District of New Jersey

In re:  
Brandon Harvey  
       Debtor

Case No. 18-13708-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 28, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.  
db          Brandon Harvey,    1025 Fries Mill Rd,    Franklinville, NJ   08322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com  
          Tamika N. Wyche    on behalf of Debtor Brandon  Harvey daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
          Tamika Nicole Wyche    on behalf of Debtor Brandon  Harvey dpdlawyer@comcast.net, G30609@notify.cincompass.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                    TOTAL: 6