Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−13708−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brandon Harvey
   dba Khloe Kool, LLC
   1025 Fries Mill Rd
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−8920

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 5, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 50 − 49
Order Granting Notice of Request for Loss Mitigation(Related Doc # 49). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/5/2018. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 5, 2018
JAN: bc

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Brandon Harvey  
       Debtor

Case No. 18-13708-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 05, 2018  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.  
cr            +Bank of America,    P.O. Box 25118,    Tampa, FL 33633-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:  
            Denise E. Carlon     on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
             summarymail@standingtrustee.com  
            Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
            Rebecca Ann Solarz     on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com  
            Tamika N. Wyche     on behalf of Debtor Brandon   Harvey daviddanielslaw@gmail.com,  
             G30609@notify.cincompass.com  
            Tamika Nicole Wyche     on behalf of Debtor Brandon   Harvey dpdlawyer@comcast.net,  
             G30609@notify.cincompass.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                           TOTAL: 7