FILE NO. 10310
LAW OFFICES OF DAVID PAUL DANIELS, LLC
A PROFESSIONAL CORPORATION
By: Tamika N. Wyche, Esquire
3300 Federal Street
Camden, New Jersey 08105
Phone: (856) 338-0411
Fax: (856) 541-0891
Attorneys for debtor, Brandon Harvey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| IN RE: Brandon Harvey, | : CASE NO.: 18-13708-ABA |
| DEBTOR(S) | : CHAPTER 13 |

**OBJECTION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD**

The undersigned, Law Offices of David Paul Daniels, LLC., attorneys for Debtor, Brandon Harvey, hereby objects to the Application for Early Termination of Loss Mitigation Period on the following grounds:

1.    Debtor will have adequate protection payment provided by the time of hearing on this matter.

WHEREFORE, Debtor respectfully requests that the Application for Early Termination of Loss Mitigation Period be denied.

Dated: September 17, 2018                         By: /s/ Tamika N. Wyche
                                                                    Tamika N. Wyche
                                                                    Attorney for Debtor
                                                                    3300 Federal Street
                                                                    Camden, New Jersey 08105
                                                                    (856) 338-0411