# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: Brandon Harvey | Case No.: 18-13708 |
|---|---|
| | Hearing Date: |
| | Chapter: ABA |
| | Judge: 13 |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor(s) Objection to Creditor's Loss Mitigation re: Bank of America, N.A..

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen US Courthouse
400 Cooper Street
Camden NJ 08101

**Date and Time:** October 2, 2018 @ 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 9/18/2018

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __9/18__, 20__18__ this notice was served on the following: Brandon Harvey, Tamika N. Wyche
Attorney for Creditor Denise E. Carlon
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/Kenyatta A. Johnson
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 18-13708-ABA
Brandon Harvey                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin           Page 1 of 1              Date Rcvd: Sep 18, 2018
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db             Brandon Harvey,    1025 Fries Mill Rd,    Franklinville, NJ   08322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
              Tamika N. Wyche    on behalf of Debtor Brandon   Harvey daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              Tamika Nicole Wyche    on behalf of Debtor Brandon   Harvey dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7