Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−13708−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brandon Harvey
   dba Khloe Kool, LLC
   1025 Fries Mill Rd
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−8920

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 26, 2018
JAN: bc

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 18-13708-ABA
Brandon Harvey                                                      Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin               Page 1 of 2           Date Rcvd: Dec 26, 2018
                               Form ID: 148              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db             Brandon Harvey,    1025 Fries Mill Rd,   Franklinville, NJ  08322
aty           +KML Law Group PC,    216 Haddon Ave,   Suite 406,    Westmont, NJ 08108-2812
cr            +Bank of America,    P.O. Box 25118,   Tampa, FL 33633-0001
517419654    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:  American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE  19808)
517419655     +ARS Account Resolution,    PO Box 459079,   Sunrise FL 33345-9079
517430483      Bank of America Home Loans,    7101 Corporate Dr,   Plano, TX 75024-4100
517419658     +Capital One Bank,    P.O. Box 98873,   Las Vegas, NV 89193-8873
517419659     +Debt Recovery Solutions,    PO Box 1259,   Oaks PA 19456-1259
517419661     +Financial Recoveries,    200 E Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
517419651     +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517419653    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of NJ Division of Taxation,    P.O. Box 245,
                 Trenton, NJ  08695)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2018 00:31:25     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2018 00:31:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517368746      EDI: HNDA.COM Dec 27 2018 04:53:00     American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
517419656     +EDI: CINGMIDLAND.COM Dec 27 2018 04:53:00     AT&T Mobility,   P.O. Box 537104,
                 Atlanta, GA 30353-7104
517531611     +EDI: CINGMIDLAND.COM Dec 27 2018 04:53:00     AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
517556783      EDI: RESURGENT.COM Dec 27 2018 04:53:00     Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Syndicated,   Office Systems, Inc.,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
517354063     +EDI: BANKAMER2.COM Dec 27 2018 04:53:00     Bank of America,   PO Box 25118,
                 Tampa, FL 33622-5118
517467443      EDI: BANKAMER.COM Dec 27 2018 04:53:00     Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
517419657     +E-mail/Text: bankruptcy@cavps.com Dec 27 2018 00:31:42     Calvary Portfolio Svcs,
                 500 Summit Lake Drive, Apt D,    Valhalla, NY 10595-1340
517363775     +E-mail/Text: bankruptcy@cavps.com Dec 27 2018 00:31:42     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517419660     +EDI: DCI.COM Dec 27 2018 04:53:00     Diversified Consultants,    P.O. Box 551268,
                 Jacksonville, FL 32255-1268
517419652     +EDI: IRS.COM Dec 27 2018 04:53:00     IRS,   P.O. Box 931000,   Louisville, KY 40293-1000
517419662      EDI: TDBANKNORTH.COM Dec 27 2018 04:53:00     TD Bank, NA,   P.O. Box 219,
                 Lewiston, ME  04243
517483447     +EDI: AIS.COM Dec 27 2018 04:53:00     Verizon,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517419650     +EDI: WFFC.COM Dec 27 2018 04:53:00     Wells Fargo Dealer Services,
                 Attn: Correspondence - MAC T9017-026,    P.O. Box 168048,   Irving, TX 75016-8048
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1         User: admin              Page 2 of 2              Date Rcvd: Dec 26, 2018
                             Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
              Tamika N. Wyche    on behalf of Debtor Brandon   Harvey daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              Tamika Nicole Wyche     on behalf of Debtor Brandon   Harvey dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7
```