UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 Federal Street
Camden, New Jersey 08105
(856) 338-0411
TW 06502006

Order Filed on January 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRANDON HARVEY

| | |
|---|---|
| Case No.: | 18-13708 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: January 31, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of _____Brandon Harvey, Debtor_____ for the reduction of

time for a hearing on __Motion to Vacate Dismissal of Case_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____Tuesday, Feb. 5, 2019_____ at __11 AM__ in

the United States Bankruptcy Court, _____401 Cooper Street, Camden, NJ 08101_____,

Courtroom No. __4B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

_Trustee, secured creditor and their counsel_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_all remaining creditors_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Trustee, secured creditor and their counsel_____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

    _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*