Case 18-13708-ABA Doc 70 Filed 01/30/19 Entered 01/30/19 10:42:38 Desc Proposed Order Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 Federal Street
Camden, New Jersey 08105
(856) 338-0411
TW 06502006

Order Filed on January 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BRANDON HARVEY

| | |
|---|---|
| Case No.: | 18-13708 |
| Chapter: | 13 |
| Judge: | ABA |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 31, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the application of ___Brandon Harvey, Debtor___ for the reduction of time for a hearing on ___Motion to Vacate Dismissal of Case___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___Tuesday, Feb. 5, 2019___ at ___11 AM___ in the United States Bankruptcy Court, ___401 Cooper Street, Camden, NJ 08101___, Courtroom No. ___4B___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee, secured creditor and their counsel

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: all remaining creditors

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to ___Trustee, secured creditor and their counsel___

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

  ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

  ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

  ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Brandon Harvey  
       Debtor

Case No. 18-13708-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 31, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.  
db           Brandon Harvey,    1025 Fries Mill Rd,    Franklinville, NJ   08322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com  
           Tamika N. Wyche    on behalf of Debtor Brandon   Harvey daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
           Tamika Nicole Wyche    on behalf of Debtor Brandon   Harvey dpdlawyer@comcast.net, G30609@notify.cincompass.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                            TOTAL: 7