Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−13708−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brandon Harvey
  dba Khloe Kool, LLC
  1025 Fries Mill Rd
  Franklinville, NJ 08322

Social Security No.:
  xxx−xx−8920

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            3/13/19
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 5, 2019
JAN: ml

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-13708-ABA
Brandon Harvey                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin             Page 1 of 2             Date Rcvd: Feb 05, 2019
                                Form ID: 132            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2019.
```
db              Brandon Harvey,    1025 Fries Mill Rd,    Franklinville, NJ   08322
aty            +KML Law Group PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
cr             +Bank of America,    P.O. Box 25118,    Tampa, FL 33633-0001
517419654     ++AMERICAN HONDA FINANCE,    P O BOX 168048,    IRVING TX 75016-8088
                (address filed with court:    American Honda Finance,    201 Little Falls Drive,
                Wilmington, DE   19808)
517419655      +ARS Account Resolution,    PO Box 459079,    Sunrise FL 33345-9079
517354063      +Bank of America,    PO Box 25118,    Tampa, FL 33622-5118
517430483       Bank of America Home Loans,    7101 Corporate Dr,    Plano, TX 75024-4100
517467443       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517419658      +Capital One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
517419659      +Debt Recovery Solutions,    PO Box 1259,    Oaks PA 19456-1259
517419661      +Financial Recoveries,    200 E Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
517419651      +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517419653     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:    State of NJ Division of Taxation,    P.O. Box 245,
                Trenton, NJ   08695)
517419650      +Wells Fargo Dealer Services,    Attn: Correspondence - MAC T9017-026,    P.O. Box 168048,
                Irving, TX 75016-8048
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 05 2019 23:56:54      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 05 2019 23:56:51      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517368746       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 05 2019 23:57:01
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
517419656      +E-mail/Text: g20956@att.com Feb 05 2019 23:57:26      AT&T Mobility,    P.O. Box 537104,
                Atlanta, GA 30353-7104
517531611      +E-mail/Text: g20956@att.com Feb 05 2019 23:57:26      AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
517556783       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2019 00:01:07
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
                Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517419657      +E-mail/Text: bankruptcy@cavps.com Feb 05 2019 23:57:10      Calvary Portfolio Svcs,
                500 Summit Lake Drive, Apt D,    Valhalla, NY 10595-1340
517363775      +E-mail/Text: bankruptcy@cavps.com Feb 05 2019 23:57:10      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517419660      +E-mail/Text: bankruptcynotices@dcicollect.com Feb 05 2019 23:57:25      Diversified Consultants,
                P.O. Box 551268,    Jacksonville, FL 32255-1268
517419652      +E-mail/Text: cio.bncmail@irs.gov Feb 05 2019 23:56:07      IRS,    P.O. Box 931000,
                Louisville, KY 40293-1000
517419662       E-mail/Text: bankruptcy@td.com Feb 05 2019 23:56:56      TD Bank, NA,    P.O. Box 219,
                Lewiston, ME  04243
517483447      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2019 00:01:10      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Feb 05, 2019
                              Form ID: 132             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
          Tamika N. Wyche    on behalf of Debtor Brandon   Harvey daviddanielslaw@gmail.com,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Debtor Brandon   Harvey dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```