Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–13708–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Brandon Harvey
  dba Khloe Kool, LLC
  1025 Fries Mill Rd
  Franklinville, NJ 08322

Social Security No.:
  xxx–xx–8920

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

  NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:    6/13/19
Time:    02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

  The following applications for compensation have been filed:

APPLICANT(S)
Tamika Nicole Wyche, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,400.00

EXPENSES
Expenses: $0.00

Creditors may be heard before the applications are determined.

  An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 3, 2019
JAN:

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 18-13708-ABA
Brandon Harvey                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin             Page 1 of 2              Date Rcvd: May 03, 2019
                       Form ID: 137             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.
```
db              Brandon Harvey,    1025 Fries Mill Rd,    Franklinville, NJ  08322
aty            +KML Law Group PC,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
cr             +Bank of America,    P.O. Box 25118,    Tampa, FL 33633-0001
517419654     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  American Honda Finance,    201 Little Falls Drive,
                  Wilmington, DE  19808)
517419655      +ARS Account Resolution,    PO Box 459079,    Sunrise FL 33345-9079
517354063      +Bank of America,    PO Box 25118,    Tampa, FL 33622-5118
517430483       Bank of America Home Loans,    7101 Corporate Dr,    Plano, TX 75024-4100
517467443       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
517419658      +Capital One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
517419659      +Debt Recovery Solutions,    PO Box 1259,    Oaks PA 19456-1259
517419661      +Financial Recoveries,    200 E Park Drive, Suite 100,    Mount Laurel, NJ 08054-1297
517419651      +KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517419653     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of NJ Division of Taxation,    P.O. Box 245,
                  Trenton, NJ  08695)
517419650      +Wells Fargo Dealer Services,    Attn: Correspondence - MAC T9017-026,    P.O. Box 168048,
                 Irving, TX 75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 04 2019 00:29:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2019 00:29:12      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517368746       E-mail/Text: ebnbankruptcy@ahm.honda.com May 04 2019 00:29:36
                 American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                 Irving, TX 75016-8088
517419656      +E-mail/Text: g20956@att.com May 04 2019 00:30:05     AT&T Mobility,   P.O. Box 537104,
                 Atlanta, GA 30353-7104
517531611      +E-mail/Text: g20956@att.com May 04 2019 00:30:05     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
517556783       E-mail/PDF: resurgentbknotifications@resurgent.com May 04 2019 00:35:39
                 Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
                 Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517419657      +E-mail/Text: bankruptcy@cavps.com May 04 2019 00:29:45     Calvary Portfolio Svcs,
                 500 Summit Lake Drive, Apt D,   Valhalla, NY 10595-1340
517363775      +E-mail/Text: bankruptcy@cavps.com May 04 2019 00:29:45     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
518022726      +E-mail/Text: cio.bncmail@irs.gov May 04 2019 00:28:36     Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
517419660      +E-mail/Text: bankruptcynotices@dcicollect.com May 04 2019 00:30:05      Diversified Consultants,
                 P.O. Box 551268,   Jacksonville, FL 32255-1268
517419662       E-mail/Text: bankruptcy@td.com May 04 2019 00:29:28     TD Bank, NA,   P.O. Box 219,
                 Lewiston, ME  04243
517483447      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2019 00:36:13     Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517419652*     +IRS,   P.O. Box 931000,   Louisville, KY 40293-1000
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: May 03, 2019
                              Form ID: 137             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
              Tamika N. Wyche    on behalf of Debtor Brandon  Harvey daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              Tamika Nicole Wyche    on behalf of Debtor Brandon  Harvey dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```