UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**Tamika N. Wyche, Esquire**
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
TW 006502006

Order Filed on June 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: BRANDON HARVEY | Case No.: 18-13708-ABA |
| | Adv. No.: |
| | Hearing Date: |
| | Judge: HON. ANDREW B. ALTENBURG |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: June 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: BRANDON HARVEY

Case No: 18-13708-ABA

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

_____

      Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

      Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $1,400.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

   __X__        through the Chapter 13 Plan as an administrative priority.

   _____        outside the plan.

      The debtor's monthly plan is modified to a payment of $704.00 per month for the remaining 45 months to allow for payment of the aforesaid fee, beginning, June 1, 2019.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-13708-ABA
Brandon Harvey                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin            Page 1 of 1          Date Rcvd: Jun 13, 2019
                             Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db              Brandon Harvey,    1025 Fries Mill Rd,    Franklinville, NJ  08322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
          Tamika N. Wyche    on behalf of Debtor Brandon  Harvey daviddanielslaw@gmail.com,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Debtor Brandon  Harvey dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 7